*Hearing date and time:* Aug. 15, 2019, 11:00 a.m.
*Objection deadline*: July 17, 2019
*Reply deadline*: Aug. 6, 2019

Abby F. Rudzin
Daniel S. Shamah
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: arudzin@omm.com
        dshamah@omm.com

*Attorneys for Franklin Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>-against-<br><br>FRANKLIN ADVISERS INC., ET AL.,<br><br>Defendants. | Adv. Pro. No.: 19-01104-mew (Consolidated)<br><br>Hon. Michael E. Wiles |
| FIFTH THIRD BANK,<br><br>Plaintiff,<br><br>-against-<br><br>FRANKLIN ADVISERS INC., ET AL.,<br><br>Defendants. | |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants Franklin Advisers, Inc.; Franklin Investors Securities Trust – Franklin Floating Rate Daily Access Fund; Franklin Floating Rate Master Trust – Franklin Floating Rate Master Series; Franklin Templeton Series II Funds – Franklin Floating Rate II Fund; Kansas Public Employees Retirement System; Franklin Floating Rate Master Trust – Franklin Lower Tier Floating Rate Fund; Franklin Floating Rate Master Trust – Franklin Middle Tier Floating Rate Fund; and Franklin Templeton Series II Funds – Franklin Upper Tier Floating Rate Fund (the "Defendants") hereby move to dismiss the amended complaints (ECF Doc. Nos. 22, 24) under Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012(b).  Defendants set forth the grounds for their motion in the accompanying Memorandum of Law.  Copies of the Notice of Motion and the accompanying Memorandum of Law were served on Plaintiffs KeyBank National Association and Fifth Third Bank via this Court's ECF online filing system on June 14, 2019.

Dated:  June 14, 2019
       New York, New York

Respectfully submitted,

*/s/ Daniel S. Shamah*
Abby F. Rudzin
Daniel S. Shamah
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: arudzin@omm.com
       dshamah@omm.com

*Attorneys for Franklin Defendants*